W. N. Cohen, for appellant. J. E. Duress, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GOTT, Respondent, v. BROOKLYN HEIGHTS R. Co., Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Edward A. Gott against the Brooklyn Heights Railroad Company. No opinion. Motion to resettle order denied.

GRACE, Respondent, v. VACAS-SAN MAR-CUS MIN. & MILL. CO., Appellant. (Supreme Court, Appelate Division, Second Department. December 29, 1905.) Action by William J. Grace against the Vacas-San Marcos Mining & Milling Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

GREGORY, Respondent, v. ELMIRA WATER, LIGHT & R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1906.) Action by Chester H. Gregory against the Elmira Water, Light & Railroad Company. No opinion. Motion granted.

GROH, Respondent, v. FLAMMER. Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Julia A. Groh, individually, etc., against J. George Flammer. T. F. Keogh, for appellant. A. I. Elkus, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below.

In re GROPPE. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) In the matter of the application of Francis Groppe for letters of administration with the will annexed of the goods, chattels, and credits which were of John Groppe, deceased. No opinion. Decree of the Surrogate's Court of Kings county affirmed, with costs.

GRUENSTEIN v. GURLEY. (Supreme Court, Appellate Division, First Department. March 2, 1906.) Action by Moritz Gruenstein against George B. Gurley. No opinion. Motion denied on terms stated in order. Order filed.

GUITERMAN et al., Appellants, v. ECLIPSE MFG. Co., Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Sigmund Guiterman and others against the Eclipse Manufacturing Company. E. Masten, for appellants. J. S. Sheppard, for respondent. No opinion. Judgment affirmed, with costs.

GUTH, Respondent, v. BARTH, Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Minnie Guth against Joseph Barth, sued as John Barth. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

GUTH, Respondent, v. BARTH, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Minnie Guth against Joseph Barth. No opinion. Motion for a stay denied.

GWYNNE, Appellant, v. ALTONWOOD PARK CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Robert Gwynne, Jr., against the Altonwood Park Company of New York. No opinion. Order affirmed, with $10 costs and disbursements.

HALE, Appellant, v. WORSTELL et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by William H. Hale against John P. Worstell and Joseph P. McNamara, inpleaded with others.

PER CURIAM. We think there was power at the Special Term to make the order appealed from, but that the discretion was not judiciously exercised in this case. No injury can occur by respecting the judgment of the Special Term and of this court pending the appeal to the Court of Appeals, and it does not appear to us as a proper case for suspending its operation. Order reversed, with $10 costs and disbursements, and motion denied, with costs. See 95 N. Y. Supp. 485.

In re HALL. (Supreme Court, Appellate Division, Third Department. January 16, 1906.) In the matter of the application of Wilton Avedis Hall for admission to practice as an attorney and counselor at law. No opinion. Motion granted.

HAMILTON, Appellant, v. SCHER, Respondent. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Frederick J. Hamilton against Wolf Scher. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

HAND, Respondent, v. EGBERT, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by E. Alexander Hand against George W. Egbert. No opinion. Judgment and order of the County Court of Kings county affirmed, with costs.

HANLON, Respondent, v. CENTRAL R. CO. OF NEW JERSEY, Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Margaret E. Hanlon against the Central Railroad Company of New Jersey. No opinion. Judgment and order unanimously affirmed, with costs.

HANLON, Respondent, v. CENTRAL R. CO. OF NEW JERSEY, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Margaret E. Hanlon against the Central Railroad Company of New Jersey. No opinion. Motion for leave to appeal to the Court of Appeals denied.

HANNAN, Respondent, v. BOLDIN, Appellant. (Supreme Court, Appellate Division,

Second Department. January 19, 1906.) Action by William P. Hannan against Kate B. Boldin. No opinion. Judgment affirmed, with costs.

HARBECK et al., Respondents, v. TOBIN, Appellant. (Supreme Court, Appellate Division, First Department. January 19, 1906.) Action by Henry Harbeck and another against John J. Tobin. L. Leo, for appellant. A. S. Brown, for respondents. No opinion. Judgment and order affirmed, with costs.

HARDENBROOK, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Frank M. Hardenbrook against the New York City Railway Company.

PER CURIAM. The confused state of this record makes it impossible to understand in what form the learned trial justice intended to settle the case on appeal. It is therefore proper that it should go back to him for a resettlement. The order appealed from is reversed, and the case on appeal remitted for resettlement, without costs.

HASTE, Respondent, v. NEW YORK & H. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Christian Haste against the New York & Harlem Railroad Company and another. A. S. Lyman, for appellants. J. C. Bushby, for respondent. No opinion. Judgment affirmed, with costs.

(110 App. Div. 918)

HATTON et al., Respondents, v. SUPREME COUNCIL CATHOLIC BENEV. LEGION, Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Patrick J. Hatton and Charlotte A. Carey against the Supreme Council Catholic Benevolent Legion. No opinion. Judgment affirmed, with costs, on the authority of Beach v. Supreme Tent K. of M., 177 N. Y. 100, 69 N. E. 281.

HAUBNER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 9, 1906.) Action by Emily S. Haubner against the Metropolitan Street Railway Company. B. H. Ames, for appellant. J. A. Hodge, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

INGRAHAM and CLARKE, JJ., dissent.

HAVILAND, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by James W. Haviland, as administrator, etc., of Elizabeth J. Haviland, deceased, against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

HAYES v. SAYERS. (Supreme Court, Appellate Division, First Department. December 15, 1905.) Action by Idaliau C. Hayes against Henry G. Sayers. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

HAYWARD, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 15, 1905.) Action by Frederick Hayward, against the Interurban Street Railway Company. B. H. Ames, for appellant. D. L. Weil, for respondent. No opinion. Judgment and order affirmed, with costs.

HEALY, Respondent, v. MALCOLM, Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Thomas A. Healy against Janet T. Malcolm. E. W. S. Johnston, for appellant. P. M. Brett, for respondent. No opinion. Judgment affirmed, with costs.

HECK, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 5, 1905.) Action by George Heck against the New York Central & Hudson River Railroad Company. No opinion. Motion denied.

HELLER v. METHNER, et al. (Supreme Court, Appellate Division, First Department. January 12, 1906.) Action by Abraham A. Heller against William Methner and another. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

HERTZEL, Respondent, v. WESTCHESTER ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Erdwin G. Hertzel against the Westchester Electric Railroad Company. No opinion. Judgment of the City Court of Mt. Vernon modified, by striking out the provision for an extra allowance on the ground of want of authority in the trial court to grant the same, and judgment, as modified, and order, unanimously affirmed, without costs.

In re HESTER ST. SCHOOL SITE. (Supreme Court, Appellate Division, First Department. January 22, 1906.) In the matter of the Hester Street school site. No opinion. Reference ordered.

HEWSEY v. QUEENS BOROUGH GAS CO. (Supreme Court, Appellate Division, First Department. December 15, 1905.) Action by Mary A. Hewsey against the Queens Borough Gas Company. No opinion. Motion denied, with $10 costs.

HEYMAN, Appellant, v. SCHLESINGER, Respondent. (Supreme Court, Appellate Division, First Department. February 9, 1906.) Action by David Heyman against Leo Schlesinger. M. D. Steuer, for appellant. C. Strauss, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.